Approved by: _____  **19MAG · 2890**
ANDREW ROUCHKA
Special Assistant United States Attorney

Before:  THE HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISDEMEANOR COMPLAINT |
| | : | |
| -v- | : | Violation of |
| | : | NYVATL 512 |
| ERIC LEE ROBINSON | : | |
| | : | COUNTY OF OFFENSE: |
| Defendant | | ORANGE |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - -x

SOUTHISN DISTRICT OF NEW YORK, ss.:

MATTHEW PROUT, being duly sworn, deposes and says that he is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

COUNT ONE

On or about February 10, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, ERIC LEE ROBINSON, the defendant, unlawfully, knowingly, and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that the state motor vehicle registration for said vehicle had been suspended, revoked, or otherwise withdrawn by the commissioner, to-wit, the defendant was observed operating his motor vehicle at Thayer Gate and an investigation revealed that the defendant's state motor vehicle registration had been suspended.

(New York Vehicle and Traffic Law, Section 512)

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about February 10, 2019 at approximately 12:14 p.m., MP Officer Constable, was conducting Random Anti-Terrorism Measure Searches (RAMS) at Thayer Gate when the vehicle the defendant was driving was selected to be searched. After checking on the defendant's driver's license and vehicle registration, it was discovered that vehicle's registration was suspended.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while registration is suspended (DCVN number 8005627/SY10).

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

MATTHEW PROUT
Court Liaison


Sworn to before me this
22nd day of March, 2019

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York