ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

      Eric Lee Robinson

                    Defendant.

------------------------------------------------

Case No.: 19 MJ 02890 _____ (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed nunc pro tunc to March 22, 2019.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:   21    day of October _____, 20 21
        Poughkeepsie, New York